# Court of Appeals
# of the State of Georgia

ATLANTA,  December 22, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0675.  TIMOTHY WOODARD v. DEBBIE L. BROOKS et al.

Timothy Woodard has filed an original mandamus action in this Court. Although the procedural posture is not entirely clear from the mandamus petition, it appears that Woodard is currently serving a sentence for one or more crimes and facing criminal prosecution for additional crime(s). Woodard requests that this Court: (1) order that he be released from custody; (2) appoint counsel other than the Spalding County Public Defender's Office to assist him in both his mandamus action and his criminal case; (3) appoint an investigator to help gather evidence in his criminal case; (4) require the superior court and the Federal Bureau of Investigation to "turn over all information," including but not limited to "warrants, names of agents, investigators, [and] accusations against [Woodard], including . . . information before his Jan. 18, 2021 arrest"; and (5) order the Spalding County Clerk of Court to provide subpoenas for witnesses and evidence.[1]  This case is not, however, subject to original mandamus relief by our Court.

Appellate courts have mandamus authority in aid of their jurisdiction, see Ga. Const. of 1983, Art. VI, Sec. I, Par. IV, but the need to resort to the appellate courts for such relief is "extremely rare" because "the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction[.]" *Brown v. Johnson*, 251 Ga.

---

[1] Woodard has also filed another mandamus action in this Court, in which he challenges various actions of the Henry County Clerk of Court and a Henry County judge. That action remains pending. See Case No. A22A0605.

436, 436 (306 SE2d 655) (1983). This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Although Woodard states that he has filed a mandamus petition and a habeas corpus petition in the trial court, it appears those actions remain pending. Until Woodard has pursued relief in the trial court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction. See *Brown*, 251 Ga. at 436-437. Accordingly, this petition for writ of mandamus is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   12/22/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*